UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LISA LOCKWOOD,
    Plaintiff,

v.

ANDREW SAUL,
*Commissioner of Social Security,*
    Defendant.

**JUDGMENT**

Case No. 7:20-CV-67-KS

---

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' Consent Motion to Remand Case [DE-21.]

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Motion to Remand Case [DE-21], reverses the Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Defendant for further administrative action. Plaintiff's Motion for Judgment on the Pleadings [DE-18] is dismissed as moot.

This judgment filed and entered on **November 19, 2020,** with electronic service upon:

**Charlotte Hall** - *Counsel for Plaintiff*
**Lisa Rayo** - *Counsel for Defendant*

          **PETER A. MOORE, JR.,**
          CLERK, U.S. DISTRICT COURT

DATE: November 19, 2020      /s/ *Shelia Foell*
                                    (By): Shelia Foell, Deputy Clerk of Court