IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-cv-67-KS

LISA LOCKWOOD,

        Plaintiff,

v.

**ORDER**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

    This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,620.88 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $5,000.00.

    It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $12,620.88, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 17th day of September 2021.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge