UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LISA LOCKWOOD,
    Plaintiff,

v.

KILOLO KIJAKAZI,,
*Commissioner of Social Security*,
    Defendant.

**JUDGMENT**

Case No. 7:20-CV-67-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED**

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,620.88 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

This judgment filed and entered on 9/20/2021, with electronic service upon the following:

**Charlotte Hall**
 *Plaintiff's counsel*

**Cassia W. Parson**
**Lisa Rayo**
*Defendant's counsel*

**PETER A. MOORE, III**
CLERK, U.S. DISTRICT COURT

Date: 9/20/2021

/s/ *Shelia D. Foell*
Deputy Clerk of Court